ACCEPTED
04-15-00042-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/27/2015 12:24:22 PM
KEITH HOTTLE
CLERK

No. 04-15-0042-CV

In the Court of Appeals
for the Fourth Judicial District
San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/27/2015 12:24:22 PM
KEITH E. HOTTLE
Clerk

TEXAS DEPARTMENT OF STATE HEALTH SERVICES,

*Appellants*,

v.

AMY W. ROCKWOOD

*Appellee.*

On Appeal from 166th District Court
Bexar County, Texas

**AMENDED CERTIFICATE OF SERVICE FOR APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

I certify that on February 27, 2015, Appellant's Unopposed Motion for

Extension of Time to File Appellant's Brief was served via ***Fascimile*** on:

R. Chris Pittard
FORTE & PITTARD, P.P.L.C.
1777 NE Loop 410, Suite 600
San Antonio, Texas 78217
FAX (210) 820-2609
*Counsel for Appellee*

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

1

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Defense Litigation

ANGELA V. COLMENERO
Division Chief, General Litigation Division

*/s/ DREW L. HARRIS*
DREW L. HARRIS
Assistant Attorney General
State Bar No. 24057887
Office of the Attorney General
General Litigation Division
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2120 / (512) 320-0667 FAX
drew.harris@texasattorneygeneral.gov

**COUNSEL FOR APPELLANT TEXAS
DEPARTMENT OF STATE HEALTH
SERVICES**